IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01091-RPM

JEAN KATHLEEN PACHECO,

      Plaintiff,
v.

BELGARDE PROPERTY SERVICES, INC.,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **August 1, 2012, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 26, 2012.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.  It is

      FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

      Dated: June 19th , 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge