IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              August 1, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 12-cv-01091-RPM

JEAN KATHLEEN PACHECO,                                         Karen H. Larson

     Plaintiff,
v.

BELGARDE PROPERTY SERVICES, INC.                               Sybil R. Kisken

     Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:58 a.m.**       **Court in session.**

Discussion regarding plaintiff's Amended Complaint.
Counsel and Court agree defendant's answer to the original complaint is sufficient as a response to the amended complaint and the filing of another answer is not necessary.

**ORDERED:   Plaintiff's Motion to Amend Complaint [10], is granted and the Amended Complaint attached is accepted as filed today.**

Discussion regarding right to sue letter.
Ms. Kisken states defendant reserves any timeliness objection with respect to the right to sue letter.

Discussion regarding the law with respect to sexual orientation /gender as a protected class.

**Court advises counsel that it will exercise supplemental jurisdiction.**

Discussion regarding case facts, discovery and damages.

Court suggests counsel start depositions with Mr. Velazquez then Ms. Boyland (HR Rep. /Office Mgr.)

Ms. Larson states she does not anticipate having a medical expert.

Discussion regarding CCRD investigation (statements).

**Scheduling Order signed.**

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

Ms. Kisken states she is lead counsel.

**11:13 a.m.**       **Court in recess.**   Hearing concluded.  Total time: 15 min.