**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01091-RPM

**JEAN KATHLEEN PACHECO,**

**Plaintiff,**

**v.**

**BELGARDE PROPERTY SERVICES, INC.,**
d/b/a/ Aurora Meadows Apartments,

**Defendant.**

_____

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

_____

This matter comes before the Court on the Parties' **Stipulation of Dismissal with Prejudice**, filed December 27, 2012.  After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice.  **THEREFORE IT IS ORDERED** as follows:

1.      That the **Stipulation of Dismissal with Prejudice,** filed December 27, 2012, is **APPROVED**; and

2.      That this action **IS DISMISSED WITH PREJUDICE** with the Parties to pay their own attorney fees and costs
.

**IT IS SO ORDERED this 27th day of December, 2012.**

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge